NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

APR 24 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARTHA JO PETERS,

Plaintiff-Appellant,

v.

WELLS FARGO BANK, NA,

Defendant-Appellee.

No. 14-55375

D.C. No. 5:13-cv-01735-JGB-DTB

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Jesus G. Bernal, District Judge, Presiding

Submitted April 11, 2017[**]

Before:    GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Martha Jo Peters appeals pro se from the district court's judgment

dismissing her diversity action alleging state law claims arising out of foreclosure

proceedings.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo a

district court's dismissal for failure to state a claim under Federal Rule of Civil

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Procedure 12(b)(6). *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010). We affirm.

The district court properly dismissed Peters' action because Peters failed to allege facts sufficient to state any plausible claim for relief. *See United States v. FMC Corp.*, 531 F.3d 813, 820 (9th Cir. 2008) ("[U]nder Ninth Circuit precedent, *incidental* third-party beneficiaries may not enforce consent decrees . . . ."); *see also Johnson v. Riverside Healthcare Sys., LP*, 534 F.3d 1116, 1121 (9th Cir. 2008) ("A Rule 12(b)(6) dismissal may be based on either a lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal theory." (citation and internal quotation marks omitted)).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions (Docket Entry Nos. 18 and 21) are denied.

**AFFIRMED.**